STIP
**GABRIEL L. GRASSO, ESQ.**
State Bar Number 7358
9525 Hillwood Dr., Suite 190
Las Vegas, Nevada 89134
702-868-8866
gabriel@grassodefense.com
Attorney for WILLIAMS

## UNITED STATES DISTRICT COURT

## IN AND FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CHANNING WILLIAMS, ) <br> ) <br> Defendant. ) <br> _____ ) | Case No.:   2:17-cr-00180-JAD-PAL <br><br> STIPULATION TO CONTINUE SENTENCING DATE <br><br> (FIRST REQUEST) |

*Certification:* This stipulation is filed pursuant to General Order 2007-04.

IT IS HEREBY STIPULATED AND AGREED, by and between the defendant CHANNING WILLIAMS through his attorney GABRIEL L. GRASSO, ESQ., and the United States of America, through RICHARD ANTHONY LOPEZ Assistant United States Attorney, that the sentencing hearing currently scheduled for November 9, 2010 at 10:00 a.m., be vacated and continued to a date and time convenient to this court, but no event earlier than forty five (45) days.

This Stipulation is entered into pursuant to General Order 2007-04 and based upon the following:

1. WILLIAMS is currently set for sentencing on Friday, November 9, 2018.
2. The parties agree to continue the sentencing date for the purpose of allowing co-defendants in this case time to enter guilty pleas in order for

WILLIAMS to be able to take advantage of a group plea guidelines level reduction.

3. WILLIAMS is in custody and does not object to this continuance.

4. Denial of this request for continuance would deny the defendant sufficient time to be able to assist in his sentencing, taking into account the exercise of due diligence.

5. This is the first request for a continuance of the sentencing date in this case.

DATED this 5th day of November 2018.

RESPECTFULLY SUBMITTED BY:

| _____/s/ Richard A Lopez_____ | _____/s/ Gabriel L. Grasso_____ |
|---|---|
| RICHARD ANTHONY LOPEZ | GABRIEL L. GRASSO, Esq. |
| Assistant United States Attorney | Attorney for WILLIAMS |

**STIP**
**GABRIEL L. GRASSO, ESQ.**
State Bar Number 7358
9525 Hillwood Dr., Suite 190
Las Vegas, Nevada 89134
702-868-8866
gabriel@grassodefense.com
Attorney for WILLIAMS

# UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) </br> ) </br> Plaintiff, ) </br> ) </br> vs. ) </br> ) </br> CHANNING WILLIAMS, ) </br> ) </br> Defendant. ) </br> _____ ) | Case No.: 2:17-cr-00180-JAD-PAL </br></br> STIPULATION TO CONTINUE </br> SENTENCING DATE </br></br> (FIRST REQUEST) |

## FINDINGS OF FACT

Based upon the submitted Stipulation, and good cause appearing therefore, the Court finds that:

1. The sentencing date is continued for the purpose of allowing co-defendants in this case time to enter guilty pleas in order for WILLIAMS to be able to take advantage of a group plea guidelines level reduction.

2. This stipulation complies with General Order 2007-04.

## CONCLUSIONS OF LAW

1. Denial of this request for continuance would result in a miscarriage of justice.

2. For all of the above stated reasons, the ends of justice would best be served by a continuance of the sentencing hearing date.

3. The additional time requested by the stipulation, is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), considering the factors under 18 U.S.C. § 3161(h)(7)(B)(i) and (iv).

4. This is the first request for continuance.

**ORDERED**

**IT IS ORDERED UNDER** that the sentencing hearing currently scheduled for Friday, November 9, 2018, be vacated and continued to January 3, 2019, at the hour of 10:00 a.m.

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: 11/8/2018